

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 0 8 2009
Jun 8, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Yordan Dolzhev
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Recorder of Deeds
Eugene "Gene" Moore
Illinois State Comptroller
Daniel W. Hynes

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

09CV3449
JUDGE HIBBLER
MAGISTRATE JUDGE MASON

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

 ✓   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

 ____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

 ____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Yordan Dolzhez

   B. List all aliases: None

   C. Prisoner identification number: —

   D. Place of present confinement: None

   E. Address: 2224 North Parkside Ave. Chicago, IL., 60639

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Eugene "Gene" Moore
      Title: Cook County Recorder
      Place of Employment: 118 N. Clark St. Rm. 120 Chicago, IL., 60602

   B. Defendant: Daniel W. Hynes
      Title: Comptroller of the State of Illinois
      Place of Employment: 100 W. Randolph St. Suite 15-500 Chicago, IL., 60601

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A. Name of case and docket number: N/A

  B. Approximate date of filing lawsuit: None

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

  D. List all defendants: N/A

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): None

  F. Name of judge to whom case was assigned: None

  G. Basic claim made: None

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

  I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I would like to pay for service of account(s) below and terminate services. I would like to depoist the debt with receipts with the comptroller to depoist under the general account below.

Doc # 0606826091

Doc # 0606826089

Doc # 0606826090

General Fund Number # 001

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to pay for services rendered and terminate services from the defendants

VI.  The plaintiff demands that the case be tried by a jury.  ☐ YES  ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  Monday  day of  O8 , 20 09

Yordan Dolzhey
(Signature of plaintiff or plaintiffs)

Yordan Dolzhzher
(Print name)

_____
(I.D. Number)

2224 N. Parkside Ave. Chicago, IL., 60639
(Address)